627 A.2d 1130

JEFFREY HEALEY v. SCOTIA CONSTRUCTION, INC.,
ET AL. AND WATERVIEW RESTAURANT, INC.
AND HERCO COATINGS CORP.

May 7, 1993.

ORDER

The parties having stipulated to a dismissal of this matter, it is
ORDERED that the appeal is dismissed.